UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x
EARL JORDAN YAOKASIN, Derivatively on Behalf of AMBAC FINANCIAL GROUP, INC., :

                Plaintiff, :

   v. :

MICHAEL A. CALLEN, JOHN W. UHLEIN, III, KEVIN J. DOYLE, GREGG L. BIENSTOCK, ROBERT G. SHOBACK, DOUGLAS C. RENFIELD-MILLER, DAVID W. WALLIS, WILLIAM T. MCKINNON, ROBERT J. GENADER, KATHLEEN A. MCDONOUGH, JILL M. CONSIDINE, PHILIP N. DUFF, THOMAS C. THEOBALD, LAURA S. UNGER, HENRY D. G. WALLACE, THOMAS J. GANDOLFO, SEAN T. LEONARD, W. GRANT GREGORY, and PHILLIP B. LASSITER, :

Civil Action No. 08 Civ. 1312

NOTICE OF APPEARANCE

ECF Case

                Defendants,
  - and -

AMBAC FINANCIAL GROUP, INC.,

                Nominal Defendant.
——————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

Dated: New York, New York
       March 10, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Peter C. Hein
Peter C. Hein (PH-5279)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants*

-2-