UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————— x
EARL JORDAN YAOKASIN, Derivatively on Be- :
half of AMBAC FINANCIAL GROUP, INC.,        :
                                            :
                    Plaintiff,              :
                                            :
        v.                                  :
                                            :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,     :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,         :
ROBERT G. SHOBACK, DOUGLAS C.               :
RENFIELD-MILLER, DAVID W. WALLIS,           :   Civil Action No. 08 Civ. 1312
WILLIAM T. MCKINNON, ROBERT J.              :
GENADER, KATHLEEN A. MCDONOUGH,             :   NOTICE OF APPEARANCE
JILL M. CONSIDINE, PHILIP N. DUFF,          :
THOMAS C. THEOBALD, LAURA S. UNGER,         :   ECF Case
HENRY D. G. WALLACE, THOMAS J.              :
GANDOLFO, SEAN T. LEONARD, W. GRANT         :
GREGORY, and PHILLIP B. LASSITER,           :
                                            :
                    Defendants,             :
        - and -                             :
                                            :
AMBAC FINANCIAL GROUP, INC.,                :
                                            :
                    Nominal Defendant.      :
———————————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-

captioned action.  I certify that I am admitted to practice in this court.

-2-

Dated:  New York, New York
        March 10, 2008

Respectfully submitted,


WACHTELL, LIPTON, ROSEN & KATZ


/s/ Warren R. Stern
Warren R. Stern (WS-2957)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendants*