UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x

EARL JORDAN YAOKASIN, Derivatively on Behalf of AMBAC FINANCIAL GROUP, INC., :
:
:
Plaintiff, :
:
v. :
:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
ROBERT G. SHOBACK, DOUGLAS C. :
RENFIELD-MILLER, DAVID W. WALLIS, : Civil Action No. 08 Civ. 1312
WILLIAM T. MCKINNON, ROBERT J. :
GENADER, KATHLEEN A. MCDONOUGH, : NOTICE OF APPEARANCE
JILL M. CONSIDINE, PHILIP N. DUFF, :
THOMAS C. THEOBALD, LAURA S. UNGER, : ECF Case
HENRY D. G. WALLACE, THOMAS J. :
GANDOLFO, SEAN T. LEONARD, W. GRANT :
GREGORY, and PHILLIP B. LASSITER, :
:
Defendants, :
    - and - :
:
AMBAC FINANCIAL GROUP, INC., :
:
Nominal Defendant. :

––––––––––––––––––––––––––––––––––––––––– x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

| | |
|---|---|
| Dated: New York, New York<br>March 10, 2008 | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>/s/ Joshua A. Naftalis<br>Joshua A. Naftalis (JN-8054)<br>51 West 52nd Street<br>New York, New York  10019<br>Telephone:   (212) 403-1000<br>Facsimile:    (212) 403-2000<br><br>*Attorneys for Defendants* |