UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────── x
EARL JORDAN YAOKASIN, Derivatively on Be- :
half of AMBAC FINANCIAL GROUP, INC., :
                                        Plaintiff, :

      v. :

MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
ROBERT G. SHOBACK, DOUGLAS C. :
RENFIELD-MILLER, DAVID W. WALLIS, :
WILLIAM T. MCKINNON, ROBERT J. :  Civil Action No. 08 Civ. 1312 (SWK)
GENADER, KATHLEEN A. MCDONOUGH, :
JILL M. CONSIDINE, PHILIP N. DUFF, :  ECF Case
THOMAS C. THEOBALD, LAURA S. UNGER, :
HENRY D. G. WALLACE, THOMAS J. :
GANDOLFO, SEAN T. LEONARD, W. GRANT :
GREGORY, and PHILLIP B. LASSITER, :

                                   Defendants, :
   - and - :

AMBAC FINANCIAL GROUP, INC., :

                     Nominal Defendant. :
──────────────────────────────────────── x

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that on March 10, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

        (i)     Notice of Appearance of Peter C. Hein on behalf of defendants;

        (ii)    Notice of Appearance of Warren R. Stern on behalf of defendants; and

        (iii)   Notice of Appearance of Joshua A. Naftalis on behalf of defendants.

Dated: New York, New York
       March 10, 2008

                                              /s/ Joshua A. Naftalis
                                              Joshua A. Naftalis (JN-8054)

Case 1:08-cv-01312-SHS    Document 5    Filed 03/10/2008    Page 2 of 3

## **SERVICE LIST**

<u>By ECF</u>

Brian Murray
Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, New York  10016

Frank J. Johnson
Francis A Bottini, Jr.
Johnson Bottini, LLP
655 West Broadway, Suite 1400
San Diego, California  92101

*Attorneys for Plaintiff*