UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────── x
EARL JORDAN YAOKASIN, Derivatively on Behalf of AMBAC FINANCIAL GROUP, INC., :
:
:
Plaintiff, :
:
v. :
:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
ROBERT G. SHOBACK, DOUGLAS C. :
RENFIELD-MILLER, DAVID W. WALLIS, :
WILLIAM T. MCKINNON, ROBERT J. : Civil Action No. 08 Civ. 1312 (SWK)
GENADER, KATHLEEN A. MCDONOUGH, :
JILL M. CONSIDINE, PHILIP N. DUFF, : ECF Case
THOMAS C. THEOBALD, LAURA S. UNGER, :
HENRY D. G. WALLACE, THOMAS J. :
GANDOLFO, SEAN T. LEONARD, W. GRANT :
GREGORY, and PHILLIP B. LASSITER, :
:
Defendants, :
   - and - :
:
AMBAC FINANCIAL GROUP, INC., :
:
Nominal Defendant. :
─────────────────────────────────────── x

**STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

      Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, New York                Respectfully submitted,
        March 10, 2008

                                                                    WACHTELL, LIPTON, ROSEN & KATZ

                                                                    /s/ Peter C. Hein
                                                                    Peter C. Hein (PH-5279)
                                                                    Warren R. Stern (WS-2957)
                                                                    Joshua A. Naftalis (JN-8054)
                                                                    51 West 52nd Street
                                                                    New York, New York  10019
                                                                    Telephone:   (212) 403-1000
                                                                    Facsimile:    (212) 403-2000

SERVICE LIST

By ECF

Brian Murray
Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, New York  10016

Frank J. Johnson
Francis A Bottini, Jr.
Johnson Bottini, LLP
655 West Broadway, Suite 1400
San Diego, California  92101

*Attorneys for Plaintiff*