UNITED STATES DISTRICT COURT
SOURCE: SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x
EARL JORDAN YAOKASIN, Derivatively on :
Behalf of AMBAC FINANCIAL GROUP, INC., :
:
             Plaintiff, :
:
vs. :
:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, : Civil Action No. 08 Civ. 1312 (SRK)
SEAN T. LEONARD, JILL M. CONSIDINE, :
LAURA S. UNGER, THOMAS C. THEOBALD, : ECF Case
HENRY D.G. WALLACE, PHILIP DUFF, PHILIP :
B. LASSITER, ROBERT J. GENADER, :
KATHLEEN A. MCDONOUGH, and W. GRANT :
GREGORY, :
             Defendants, :
:
-and- :
:
AMBAC FINANCIAL GROUP, INC., a Delaware :
Corporation, :
:
             Nominal Defendant. :
----------------------------------------- x

### NOTICE OF DEFENDANTS' MOTION TO TRANSFER ACTION FOR COORDINATED PRE-TRIAL PROCEEDINGS

PLEASE TAKE NOTICE that, upon the accompanying:

1. Memorandum in Support of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings;

2. Declaration of Joshua A. Naftalis in Support of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings and accompanying exhibits, dated March 10, 2008; and

3. upon all prior pleadings in this matter,

W/1231659

defendants, pursuant to Rule 15 of the Rules for the Division of Business Among Judges for the Southern District of New York, will move this Court, the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on April 8, 2008 at 10:00 a.m., or at such other date and time as may be determined by the Court, for an Order transferring this action to The Honorable Naomi Reice Buchwald for coordinated pre-trial proceedings with *Reimer* v. *Ambac Financial Group, Inc.*, No. 08 CV 411, and other related cases already pending before Judge Buchwald.

Dated: New York, New York
       March 10, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Peter C. Hein (PH-5279)
Warren R. Stern (WS-2957)
Joshua A. Naftalis (JN-8054)

51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants*

To:

Brian Murray
Murray, Frank, Sailer LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-181

Frank J. Johnson
Francis Bottini, Jr.
Derek J. Wilson
Johnson Bottini, LLP
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 230-0063