UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
EARL JORDAN YAOKASIN, Derivatively on Behalf of AMBAC FINANCIAL GROUP, INC.,

                 Plaintiff,

vs.

MICHAEL A. CALLEN, JOHN W. UHLEIN, III, KEVIN J. DOYLE, GREGG L. BIENSTOCK, THOMAS J. GANDOLFO, ROBERT G. SHOBACK, DOUGLAS C. RENFIELD-MILLER, DAVID W. WALLIS, WILLIAM T. MCKINNON, SEAN T. LEONARD, JILL M. CONSIDINE, LAURA S. UNGER, THOMAS C. THEOBALD, HENRY D. G. WALLACE, PHILIP DUFF, PHILIP B. LASSITER, ROBERT J. GENADER, KATHLEEN A. MCDONOUGH and W. GRANT GREGORY,

                 Defendants,

  - and -

AMBAC FINANCIAL GROUP, INC., a Delaware corporation,

               Nominal Defendant.
———————————————————————— x

Civil Action No. 08 Civ. 1312 (SWK)

ECF Case

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 10, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

(i)     Notice of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings;

(ii)    Memorandum in Support of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings; and

(iii)   Declaration of Joshua A. Naftalis in Support of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings and accompanying exhibits, dated March 10, 2008.

Dated:   New York, New York
        March 10, 2008

                                                            _____
                                                            Joshua A. Naftalis (JN-8054)

## SERVICE LIST

<u>By ECF and email</u>

Murray, Frank & Sailer LLP

>   Brian Murray
>   275 Madison Avenue, Suite 801
>   New York, NY  10016
>   Telephone:  (212) 682-1818

Johnson Bottini, LLP

>   Frank J. Johnson
>   Francis A. Bottini, Jr.
>   Derek J. Wilson
>   655 West Broadway, Suite 1400
>   San Diego, CA  92101
>   Telephone:  (619) 230-0063

<u>Courtesy Copy to Plaintiffs' Counsel in Other Actions:</u>

**Reimer (Civil Action No. 08 Civ 411):**

Coughlin Stoia Geller Rudman & Robbins LLP

>   Samuel H. Rudman  (by email)
>   David A. Rosenfeld  (by email)
>   Mario Alba  (by email)
>   58 South Service Road, Suite 200
>   Melville, New York  11747
>   Telephone:  (631) 367-7100
>   Facsimile:  (631) 367-1173

>   Darren J. Robbins (by email)
>   David C. Walton (by email)
>   Catherine J. Kowalewski (by email)
>   655 West Broadway, Suite 1900
>   San Diego, CA  92101
>   Telephone:  (619) 231-1058
>   Facsimile:  (619) 231-7423

**Clark (Civil Action No. 08 Civ. 856):**

Law Offices of Thomas G. Amon

    Thomas G. Amon  (by email)
    250 West 57th Street, Suite 1316
    New York, New York  10107
    Telephone:  (212) 810-2430
    Facsimile:   (212) 810-2427

**Babic (Civil Action No. 08 Civ 1273):**

Labaton Sucharow LLP

    Christopher J. Keller (by email)
    Andrei V. Rado (by email)
    Alan I. Ellman (by email)
    140 Broadway
    New York, New York  10005
    Telephone:  (212) 907-0700
    Facsimile:   (212) 818-0477

Finkelstein Thompson LLP

    Donald J. Enright (by email)
    Elizabeth K. Tripodi (by email)
    1050 30th Street N.W.
    Washington D.C.  20007
    Telephone:  (202) 337-8000
    Facsimile:   (202) 337-8090

**Rubery (Civil Aciton No. 08 Civ 854):**

Robbins Umeda & Fink, LLP

    Jeffrey P. Fink (by email)
    Felipe A. Arroyo (by email)
    Mark A. Golovach
    Julia M. Willaims
    610 West Ash Street, Suite 1800
    San Diego, CA  92101

Law Offices of Thomas G. Amon

    Thomas G. Amon (by email)
    250 West 57th Street, Suite 1316
    New York, New York  10107

**Parker (Civil Action No. 08 Civ 1825):**

Abbey Spanier Rodd & Abrams, LLP

>   Jill S. Abrams (by email)
>   212 E. 39th Street
>   New York, NY 10016
>   Telephone: (212) 889-3700
>   Facsimile: (212) 684-5191

Spector Roseman & Kodroff, P.C.

>   Robert M. Roseman (by email)
>   Andrew D. Abramowitz (by email)
>   David Felderman (by email)
>   1818 Market Street
>   Suite 2500
>   Philadelphia, PA 19103
>   Telephone: (215) 496-0300
>   Facsimile: (215) 496-6611

**Minneapolis Firefighters' Relief Assoc. (Civil Action No. 08 Civ 1918):**

Kaplan Fox & Kilsheimer LLP

>   Frederic S. Fox (by email)
>   Joel B. Strauss (by email)
>   Donald Hall (by email)
>   Melinda D. Rodon (by email)
>   850 Third Avenue, 14th Floor
>   New York, NY 10022
>   Telephone: (212) 687-1980
>   Facsimile: (212) 687-7714

Lockridge Grindal Nauen, P.L.L.P.

>   Richard A. Lockridge (by email)
>   Karen H. Riebel (by email)
>   100 Washington Avenue South, Suite 2200
>   Minneapolis, MN 55401
>   Telephone: (612) 339-6900
>   Facsimile: (612) 399-0981