UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x
EARL JORDAN YAOKASIN, Derivatively on :
Behalf of AMBAC FINANCIAL GROUP, INC., :
:
                     Plaintiff, :
:
vs. :
:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :  Civil Action No. 08 Civ. 1312 (SWK)
SEAN T. LEONARD, JILL M. CONSIDINE, :
LAURA S. UNGER, THOMAS C. THEOBALD, :  ECF Case
HENRY D.G. WALLACE, PHILIP DUFF, PHILIP :
B. LASSITER, ROBERT J. GENADER, :
KATHLEEN A. MCDONOUGH, and W. GRANT :
GREGORY, :
                     Defendants, :
:
  -and- :
:
AMBAC FINANCIAL GROUP, INC., a Delaware :
Corporation, :
:
                     Nominal Defendant. :
——————————————————————— x

**NOTICE OF NON-OPPOSITION TO MOTION ON CONSENT
AND [PROPOSED] ORDER TO TRANSFER
ACTION FOR COORDINATED PRE-TRIAL PROCEEDINGS**

On or about March 10, 2008, defendants Michael A. Callen, John W. Uhlein, III, Kevin J. Doyle, Gregg L. Bienstock, Thomas J. Gandolfo, Robert G. Shoback, Douglas C. Renfield-Miller, David W. Wallis, William T. McKinnon, Sean T. Leonard, Jill M. Considine, Laura S. Unger, Thomas C. Theobald, Henry D.G. Wallace, Philip Duff, Philip B. Lassiter, Robert J. Genader, Kathleen A. McDonough, and W. Grant Gregory, and nominal defendant Ambac Financial Group, Inc. filed their Motion to Transfer Action for Coordinated Pre-trial

-2-

Proceedings. Plaintiff Earl Jordan Yaokasin, through his counsel of record, hereby notifies the Court that he has no opposition to said motion.

Dated: March 26, 2008

                                                MURRAY, FRANK & SAILER LLP

                                                /s/
                                         BRIAN MURRAY (BM 9954)
                                         275 Madison Avenue, Suite 801
                                         New York, NY 10016
                                         (212) 682-1818

                                         FRANK J. JOHNSON
                                         FRANCIS A. BOTTINI, JR.
                                         JOHNSON BOTTINI, LLP
                                         655 West Broadway Suite 1400
                                         San Diego, CA 92101
                                         (619) 230-0063

                                         Counsel for Plaintiff Earl Jordan Yaokasin

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on this 26th day of March, 2007, I caused a true and correct copy of the foregoing NOTICE OF NON-OPPOSITION TO MOTION ON CONSENT AND [PROPOSED] ORDER TO TRANSFER ACTION FOR COORDINATED PRE-TRIAL PROCEEDINGS to be served on the persons listed below, through this court's ECF system, and by causing a true copy thereof to be delivered by regular United States mail, postage prepaid, to:

Peter C. Hein
Warren R. Stern
Joshua Arditi Naftalis
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019

*Counsel for Defendants*

***Rubery*, Civil Action No. 08 Civ. 854**

| | |
|---|---|
| Thomas G. Amon | Jeffrey P. Fink |
| Law Offices of Thomas G. Amon | Felipe A. Arroyo |
| 250 West 57th Street, Suite 1316 | Mark A. Golovach |
| New York, NY 10107 | Julia M. Williams |
| | Robbins Umeda & Fink, LLP |
| | 610 West Ash Street, Suite 1800 |
| | San Diego, CA 92101 |

***Reimer*, Civil Action No. 08 Civ. 411**

| | |
|---|---|
| Samuel H. Rudman | Darren J. Robbins |
| David A. Rosenfeld | David C. Walton |
| Mario Alba | Catherine J. Kowalewski |
| Coughlin Stoia Geller Rudman & Robbins LLP | Coughlin Stoia Geller Rudman & Robbins LLP |
| 58 South Service Road, Suite 200 | 655 West Broadway, Suite 1900 |
| Melville, NY  11747 | San Diego, CA  92101 |

*Babic*, Civil Action No. 08 Civ. 1273

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Donald J. Enright
Elizabeth K. Tripodi
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, D.C. 20007

*Parker*, Civil Action No. 08 Civ. 1825

Jill S. Abrams
Abbey Spanier Rodd & Abrams, LLP
212 E. 39th Street
New York, NY 10016

Robert M. Roseman
Andrew D. Abramowitz
David Felderman
Spector Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

*Minneapolis Firefighters' Relief Assoc.*, Civil Action No. 08 Civ. 1918

Frederic S. Fox
Joel B. Strauss
Donald Hall
Melinda D. Rodon
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

_____/s/_____
Gregory Linkh