```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EARL JORDAN YAOKASIN,              :       08 Civ. 1312 (SHS)

               Plaintiff,       :       ORDER

     -against-                   :

MICHAEL A. CALLEN, *ET AL.*,       :

              Defendants.      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     Defendants have moved to transfer this derivative action to Judge Naomi Reice Buchwald pursuant to Rule 15 of the Rules for the Division of Business Among District Judges as related to Reimer v. Ambac, 08 Civ. 411 (NRB), a securities class action currently pending before her. Judge Buchwald has declined to accept this action as related to the Reimer action. ("[T]he assigned judge . . . shall refer the question to the judge who would receive the transfer." Rule 15.) Accordingly,

     IT IS HEREBY ORDERED that defendants' motion to transfer this action to Judge Buchwald [7] is denied. This Court has accepted this action as related to Rubery v. Callen, et al., 08 Civ. 854 (SHS).

     Counsel are directed to appear in courtroom 23A on April 11, 2008, at 9:15 a.m. for an initial pretrial conference pursuant to Fed. R. Civ. P. 16. At that time, counsel for all parties must appear prepared to discuss the progress of the case and the scheduling of discovery proceedings, any dispositive motions, the feasibility of settlement or alternative dispute resolution, the dates for future conferences, and the submission of a joint pretrial order.

     Attorneys are directed to consult the SDNY Procedures for Electronic Case Filing and Judge Stein's Individual Rules for matters assigned to him.

Dated: New York, New York
       April 2, 2008

                                         SO ORDERED:

                                         _____
                                         Sidney H. Stein, U.S.D.J.