SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/88
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARL JORDAN YAOKASIN, Derivatively on Behalf of AMBAC FINANCIAL GROUP, INC.
                                    Plaintiff,
           v.
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, KEVIN J. DOYLE, GREGG L. VIENSTOCK, THOMAS J. GANDOLFO, ROBERT G. SHOEBACK, DOUGLAS C. RENFIELD-MILLER, DAVID W. WALLIS, WILLIAM T. MCKINNON, SEAN T. LEONARD, JILL M. CONSIDINE, LAURA S. UNGER, THOMAS C. THEOBALD, HENRY D. G. WALLACE, PHILIP B. LASSITER, ROBERT J. GENADER, KATHLEEN A. MCDONOUGH, and ~~against~~ W. GRANT GREGORY,
                                    Defendant.
   -AND-
AMBAC FINANCIAL GROUP, INC., a Delaware Corporation,
                        Nominal Defendant.

08cv1312 (SWK)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Brian P. Murray  attorney for Earl Jordan Yaokasin

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Frank J. Johnson |
| Firm Name: | Johnson Bottini, LLP |
| Address: | 655 West Broadway, Suite 1400 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 230-0063 |
| Email Address: | (619) 233-5535 |

is admitted to practice pro hac vice as counsel for   Earl Jordan Yaokasin   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~4/3/2008~~ 4/7/08
City, State: New York, New York

United States District ~~Magistrate Judge~~

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006